IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TIMOTHY SWAIN MALLARD, JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-58 (WLS) |
| | * |
| BROOKS COUNTY BOARD OF COMMISSIONERS, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk